UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                      CASE NO. 8:08-CIV-304-T-17-TGW

CHARLES H. LOGAN,
    Defendant.
_____/

**ORDER APPROVING LEVY UPON PRINCIPAL RESIDENCE**

This matter having come before the undersigned upon the petition of the United States and the accompanying declaration, the Court having issued a notice and order to show cause, which was properly served, and Charles H. Logan having failed to file a written objection to the petition;

IT IS HEREBY ORDERED THAT, pursuant to Internal Revenue Code section 6334, the Court GRANTS the Petition for Judicial Approval of Levy Upon a Principal Residence. The Internal Revenue Service may levy upon Charles H. Logan's residence located at 6912 Lakeview Court, Tampa, Florida 33634 to satisfy part or all of their unpaid income tax liabilities for the taxable years 1997, 1998, 1999, 2000, 2001, 2002, and 2003 which may be executed by any authorized officer of the Internal Revenue Service. The hearing scheduled for May 16, 2008, is cancelled and the Plaintiff is directed to notify the Court when this cause of action can be closed.

It is FURTHER ORDERED that the Clerk of Court shall mail a copy of this ORDER to:

Charles H. Logan
6912 Lakeview Court
Tampa, Florida 33634

Robert E. O'Neill
United States Attorney
Middle District of Florida
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602

Stephen C. Dowdell
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, DC 20044

SO ORDERED in Tampa, Florida this 26TH day of March, 2008.

UNITED STATES DISTRICT JUDGE
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE